■ ENVIROGAS, INC., Appellant, v CONSOLIDATED GAS SUPPLY CORPORATION et al., Respondents, et al., Defendants. (And Seven Other Actions.)—Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Adams, J. (Appeal from order of Supreme Court, Chautauqua County, Adams, J.—summary judgment.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.